## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re:  General Motors Corporation, | ) | Case No.  MDL 04-1600 |
| "Piston Slap" Products Liability Litigation, | ) | |
| | ) | |
| Judge Joe Heaton | ) | |
| | ) | **(This document relates to ALL CASES)** |

### ORDER

The plaintiffs have filed a notice of supplemental authority citing a state court class certification decision, <u>Caraway v. General Motors Corporation</u>, No. CJ-2003-667 (Dist.Ct.Bryan County, Okla. May 20, 2005) (order granting plaintiff's motion for class certification).  The decision will be accorded the appropriate weight.

As the court's rulings on the pending class certification motions will be based on federal, rather than state, law, ORPC Rule 3.3, 5 Okla. Stat., Ch. 1, App.3-A is not implicated.

**IT IS SO ORDERED**.

Dated this 11th day of July, 2005.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE